RECEIVED

MAR 2 3 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| BLAINE PONTIFF | CIVIL ACTION NO. 6:13-cv-02635 |
| VERSUS | JUDGE DOHERTY |
| WOOD GROUP PSN, INC. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Barry Graham Oil Services, LLC's motion to dismiss Wood Group PSN, Inc.'s third-party demand against it (Rec. Doc. 47) is GRANTED, consistent with the report and recommendation.

Lafayette, Louisiana, this 23 day of March, 2015.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE